LYNNE A. HELBIG, petitioner-appellant,

*v.*

LOUIS HELBIG, defendant-respondent.

[Argued May term, 1927.   Decided December 23d, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church.

*Messrs. Mulligan & Koenig,* for the appellant.

*Messrs. Child & Shipman,* for the respondent.

PER CURIAM.

A re-argument is directed in this case, not only on the question argued in the briefs whether petitioner was properly found guilty of adultery after the making of the decree *nisi* and before the expiration of the statutory six months period pending final decree, but on the further question, not suggested or argued by counsel, whether adultery of the prevailing party during such six months period, if committed, will deprive such party of the right to a final decree pursuant to the decree *nisi*.